UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER C JOHNSON., <br><br> Plaintiff, <br> vs. <br> HOFFENMER INC., <br> Defendant. | Case No: 3:25-CV-05629-TMC <br><br> **FED. R. CIV. PRO. 41(a)(1)(A)(i) MOTION TO DISMISS** <br><br><br> Jury Trial: Yes |

## **INTRODUCTION**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), plaintiff Christopher C. Johnson hereby moves for dismissal with prejudice of the above-captioned lawsuit and all of plaintiff's claims against Hoffenmer INC. with each side to bear its own costs and fees. Parties have settled this matter.

Date: 8/15/2025

/s/Christopher C Johnson
5613 121st Street Court E #1
Puyallup, WA 98373
cejay80@gmail.com

MOTION TO DISMISS - 1